USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/22/2023__

## THE MARKS LAW FIRM, P.C.

June 21, 2023

**FILED VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

      RE:    **Prentice Cox v. Avenue C Food Corp., et al.**
                Index:  1:23-cv-02092-AT

Dear Judge Torres,

      Plaintiff respectfully provides this status to the Court, in accordance with Your Honor's May 8, 2023 Order [Dkt. 11].

      Plaintiff has made further attempts in communicating with both Defendants by telephone, mail, and email. As to Defendant, Avenue C Food Corp., our office has called the premises directly to make Defendant aware of the action so they may appear or interpose an answer to Plainitff's Complaint. As to the landlord Defendant, Well Done Realty, LLC, after due diligence, our office emailed some of the previous attorneys for the Defendant (on other non-related matters found through a NYSCEF search) to see if they could put us in communication with the Defendant. Our office is still waiting to hear back from these attorneys.

      In light of the above, Plaintiff respectfully requests an additional forty-five (45) days to submit a joint letter and a jointly proposed Case Management Plan from **June 24, 2023** to **August 8, 2023** [Dkt. 11]. During this period, our office will continue its efforts in communicating with Defendants in order to inform them of the Court's deadlines and have them appear in this action. Furthermore, Plaintiff will provide the Court with a status as to our efforts by **August 8, 2023**. This is the second request of its kind, the first being granted by Your Honor on May 8, 2023 [Dkt. 11].

      We thank you and the Court for its time and consideration on this matter.

                                                      Respectfully Submitted,

                                                      The Marks Law Firm, P.C.

GRANTED.

SO ORDERED.

Dated: June 22, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge