# THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/7/2023__

August 4, 2023

**FILED VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

      RE:    **Prentice Cox v. Avenue C Food Corp., et al.**
              Index:  1:23-cv-02092-AT

Dear Judge Torres,

    Plaintiff respectfully provides this status to the Court, in accordance with Your Honor's June 22, 2023 Order [Dkt. 13].

    Plaintiff's office has been in communication with Counsel for the Landlord Defendant, who recently informed us that the named defendants in this action (Avenue C Food Corp. and Well-Done Realty LLC) are not the correct named entities and provided us with information showing the correct entities for both Defendants.

    Accordingly, Plaintiff respectfully requests a final forty-five (45) extension of the deadline to submit a joint letter and a jointly proposed Case Management Plan from **August 8, 2023** to **September 22, 2023** [Dkt. 13] to verify and confirm the information provided by Landlord's Counsel and amend the Complaint to include the proper defendants/entities as needed. We believe this extension would allow the Court to hear the case on the merits with the correct and necessary defendants being named and included. This is the third and final request of its kind, the first being granted by Your Honor on May 8, 2023 [Dkt. 11] and the second being granted by Your Honor on June 22, 2023 [Dkt. 13].

    We thank you and the Court for its time and consideration on this matter.

                                                     Respectfully Submitted,

                                                     The Marks Law Firm, P.C.

GRANTED.

SO ORDERED.

Dated: August 7, 2023
       New York, New York

                                          ANALISA TORRES
                               United States District Judge